# EXHIBIT 1

Letter from Tiller Russell
December 17, 2019



Mr. Kuykendall—

I wish that our November 7 phone conversation hadn't been terminated so abruptly, and regret that I haven't been able to initiate a conversation with you since.

I still hope to have an opportunity to more fully discuss with you the documentary series I'm directing for Amazon Studios. Specifically, I would like to give you the opportunity to respond to the allegations of criminal conduct that have been made against you by three former Jalisco state police officers.

All three of these individuals served as bodyguards for Ernesto Fonseca Carrillo and Rafael Caro Quintero from 1982 to 1985, then relocated to the U.S. to become witnesses for the federal prosecution of multiple defendants for the February, 1985 kidnapping and murder of Enrique "Kiki" Camarena in Guadalajara, Jalisco.

They allege that:

• they witnessed you personally receiving large sums of money from Carrillo and/or known criminal associates of Carrillo in Guadalajara on at least two occasions in 1984 and 1985.

• you were present in early 1985 at a meeting held at the American Motors hotel where the abduction of Kiki Camarena was planned.

In addition, a fourth witness, a former Guadalajara Cartel member whom we interviewed for the series, alleges that:

• he personally accompanied Jalisco state police commander Gabriel Gonzalez Gonzalez on three occasions in the 1980s when Mr. Gonzalez delivered money to you at the U.S. Consulate in Guadalajara.

• he attended a meeting at which the abduction of Kiki Camarena was planned, and that at that meeting, he witnessed and overheard you agreeing to provide Guadalajara Cartel operatives with information about Mr. Camarena, including what Mr. Camarena was wearing on the day he was abducted, and what time he was expected to leave the consulate building.

In addition, please explain why you testified on behalf of Rubén Zuno Arce in 1992, when Mr. Arce was being prosecuted for his role in Mr. Camarena's murder, a charge on which as you know he was ultimately convicted.

To be able to effectively incorporate your participation into the series, I must receive any statements you have to offer no later than Tuesday, January 7, 2020.

I look forward to your response.

Sincerely,


Tiller Russell
███████@me.com
███████

6007 Sepulveda Blvd, Van Nuys, CA 91411