# EXHIBIT 2

Letter to Tiller Russell
December 24, 2019

James Kuykendall

████████████
████████████

Tiller Russell

Mr. Russell,

    Everything contained in your letter to me is categorically a lie. You should refrain from reckless disregard for the truth. Instead make a conscious effort to find the truth and do not spread untruths.
    Using someone's lies is no different from lying yourself. By perpetuating false information, you are jeopardizing your own reputation as well demeaning mine. Self-serving fictitious statements should not be perpetuated.
    Amazon Studios should consider my statement to you that the information contained in your letter to me is/are categorically lies. Publishing lies, in any form, can lead to unpleasant legal consequences.
    Consider that the information is vague on the surface. Your letter does not amount to good faith to discover the truth.
    You do not have my consent to draw conclusions out of context based on my response. Defamation of my character will lead to litigation.
    I notice you did not sign the letter, nor did you provide an address. Are you concerned about possible liability?
    As stated before, the letter you sent me is based entirely on lies.

Yours truly,

*[signature]*
James Kuykendall
████████████
████████████

Cc; Amazon Studios
    Amazon.com legal department