# EXHIBIT 3

Letter to Amazon
April 22, 2020



# OMB

## O'CONOR, MASON & BONE, P.C.
### ──── ATTORNEYS AT LAW ────

1616 S. Voss, Suite 200  
Houston, Texas 77057

Telephone: (713) 647-7511  
Facsimile: (713) 647-7512

April 22, 2020

**VIA FIRST CLASS MAIL, EMAIL and**  
**CERTIFIED MAIL, RRR**

Amazon Legal Department  
Attn: David A Zapolsky  
440 Terry Ave N  
Seattle, WA 98109  
▓▓▓▓▓▓▓▓@amazon.com  
▓▓▓▓@amazon.com

**VIA FIRST CLASS MAIL and**  
**CERTIFIED MAIL, RRR**

Amazon Studios  
9336 West Washington Blvd  
Culver City, CA 90232

**VIA FIRST CLASS MAIL, EMAIL and**  
**CERTIFIED MAIL, RRR**

Ajay Patel, Associate General Counsel  
Amazon Studios  
1236 9th Street  
Manhattan Beach, CA 90266  
▓▓▓▓@amazon.com

**VIA FIRST CLASS MAIL, EMAIL and**  
**CERTIFIED MAIL, RRR**

Buckingham Television  
c/o Tiller Russell  
6007 Sepulveda Blvd.  
Van Nuys, CA 91411  
▓▓▓▓▓▓▓@me.com  
▓▓▓▓▓▓▓@mac.com

To All Responsible Persons Intending to Publish False Statements about James Kuykendall:

Amazon Legal Dept.
Amazon Studios
Ajay Patel
Buckingham Television
April 22, 2020
Page 2

As we understand it, Amazon Studios intends to publish false and defamatory statements concerning James Kuykendall. Mr. Kuykendall hereby demands that any such false and defamatory statements be withheld from publication.

The bases for why such statements are false and misleading have been described in letters Mr. Kuykendall sent to you. To summarize them, the witnesses whom we understand to have provided these false statements are completely unreliable. They are former Mexican state police officers who, by their own confession, worked as henchmen and bodyguards for major drug dealers and are known to have had connections to drug cartels in Mexico. They appear to have subverted the truth for personal gain. Their stories, moreover, have been proven false in prior court proceedings. Furthermore, Mr. Kuykendall does not know the individuals who made false statements about him, and he was never in their presence. They have provided false accounts about Mr. Kuykendall, which he has specifically refuted. To be clear, and specific, Tiller Russell's letter to Mr. Kuykendall said that the following would be revealed about Mr. Kuykendall, all of which are false:

(1) Mr. Russell alleged that witnesses stated Mr. Kuykendall received "large sums" from Carrillo and/or criminal associates of Carrillo. This statement is patently false. Mr. Kuykendall **never** received any money from Carrillo or any criminal associates of Carrillo. Mr. Kuykendall **adamantly** denies this falsehood.

(2) Mr. Russell alleged that witnesses stated Mr. Kuykendall was present at a meeting held at "American Motors" where the abduction of Enrique "Kiki" Camarena was planned. Mr. Kuykendall **emphatically** denies that he was present at any such meeting. Mr. Kuykendall was not involved with any such plan in any way, shape or form, **ever**.

(3) Mr. Russell alleged that an undisclosed witness said that Jalisco state police officer Gabriel Gonzalez Gonzalez delivered money to Kuykendall at the U.S. Consulate in Guadalajara. Mr. Kuykendall stresses that neither Gabriel Gonzalez Gonzalez or any other such person **ever** delivered money to Mr. Kuykendall at the U.S. Consulate in Guadalajara or anywhere for that matter. **No** such money was ever taken or accepted by Mr. Kuykendall there or anywhere else.

(4) Mr. Russell alleged that Kuykendall provided information to the Guadalajara Cartel about Mr. Camarena's clothing and whereabouts. Mr. Kuykendall never did any such thing. Again, Mr. Kuykendall **emphatically denies** that this or any similar event ever occurred.

(5) Mr. Russell suggested that Mr. Kuykendall offered testimony "on behalf" of Ruben Zuno Arce during a 1992 trial. In fact, Mr. Kuykendall never took the witness stand at that trial. Moreover, Mr. Kuykendall never once in his career offered testimony on

Amazon Legal Dept.
Amazon Studios
Ajay Patel
Buckingham Television
April 22, 2020
Page 3

anyone's "behalf." When called to testify during trials, Mr. Kuykendall swore an oath to tell the truth, the whole truth and nothing but the truth. He complied with this oath and testified truthfully every time he was called to testify as a witness. The effect of truthful testimony is for fact finders to assess. Please understand that testimony is available as a public record and, knowing this, you should accept the duty to review the transcript for this 1992 trial. A single review would suffice to establish that Mr. Russell's remarks are patently false since Mr. Kuykendall did not testify at the trial.

If you publish these accounts, Mr. Kuykendall will suffer irreparable harm by being falsely linked to the notorious kidnapping, torture, and murder of Kiki Camarena. He will hold any such publisher of information accountable for damages. Any attempts to publish false and misleading information will amount to actual malice, as that term is defined.

Mr. Kuykendall hereby requests that any such false and misleading information be retracted, corrected, and clarified if you choose to publish it. But the far better and responsible course would be not to publish these falsehoods and misrepresentations of fact in the first place. We recommend that you stand down and demand that you not publish these falsehoods and factual misrepresentations. We stand ready, willing, and able to furnish you with additional proofs of Mr. Kuykendall's innocence in this matter, should you be interested in hearing the truth of these very serious matters. You may contact me at your convenience at the email address and phone number provided above.

Respectfully yours,

/s/ *Robert D. O'Conor*

Robert D. O'Conor

RDO/acr