# EXHIBIT 5

Letter from Stracher
(Counsel for Tiller Russell)
April 23, 2020



ADMITTED IN:
NEW YORK
CONNECTICUT
WASHINGTON D.C.

——— LAW OFFICES OF ———
CAMERON
STRACHER
MEDIA AND ENTERTAINMENT LAW

51 ASTOR PLACE, 9TH FLOOR
NEW YORK, NY 10003

(646) 992-3850

WWW.STRACHERLAW.COM

April 23, 2020

Robert D. O'Conor
O'Conor, Mason & Bone, P.C.
1616 S. Voss, Suite 200
Houston, TX 77057

  Re: <u>James Kuykendall</u>

Dear Mr. O'Conor:

  I represent Buckingham Television ("Buckingham"), producer of the forthcoming documentary series about the death of Kiki Camarena. I write in response to your letter dated April 22, 2020, directed to Amazon Studios and Buckingham concerning your client, James Kuykendall. In your letter you demand that Amazon Studios withhold from publication certain statements about Mr. Kuykendall that you claim are false and defamatory.

  As you may know, producer Tiller Russell spoke with Mr. Kuykendall on November 7, 2019, and during that conversation asked Mr. Kuykendall a number of questions about his alleged involvement in the kidnapping and murder of Kiki Camarena, as well as his receipt of large sums of money from drug traffickers. Mr. Kuykendall ended the conversation abruptly, without providing specific answers to Mr. Russell's questions. Subsequently, on December 17, 2019, Mr. Russell sent Mr. Kuykendall a written list of questions Mr. Kuykendall had not answered, and stated that to incorporate Mr. Kuykendall's answers into the documentary, he must receive a response by no later than January 7, 2020. Mr. Kuykendall responded to Mr. Russell's inquiry on December 24, 2019. Rather than providing specific answers to Mr. Russell's questions, however, Mr. Kuykendall stated that "[e]verything contained in your letter to me is categorically a lie," and that "[y]our letter does not amount to good faith to discover the truth [sic]."

  Four months later, on April 22, 2020, Buckingham received your letter. Rather than providing any specific information contradicting or pointing Buckingham toward contradictory facts, you simply repeat Mr. Kuykendall's general denial. In addition, while you claim that Mr. Kuykendall did not testify at Mr. Zuno Arce's 1992 trial, Mr. Kuykendall did, in fact, testify at Mr. Arce's trial in 1990, during which he testified that there was no evidence Mr. Arce was a member of a drug cartel or that he was involved in the kidnapping of Mr. Camarena.

Finally, while you claim the witnesses who provided information about Mr. Kuykendall are "completely unreliable" and that their stories "have been proven false in prior court proceedings," you provide no facts or details about their alleged unreliability or previous false statements.

In short, although Mr. Kuykendall has had more than five months to provide Buckingham with specific information contradicting the allegations made again him, he has failed to do so. Nevertheless, even at this late date Buckingham is willing to consider any specific factual information Mr. Kuykendall wishes to offer in support of his denials; in particular, any facts to support his claim that the witnesses who provided information about him "have been proven false in prior court proceedings." Buckingham must receive this information no later than 5pm EDT on Tuesday, April 28, 2020, in order for it to be considered.

Very truly yours,

*[signature]*

Cameron Stracher