# EXHIBIT 6

May 4 - 5, 2020
Kuykendall Letter to Stracher and Amazon;
Related E-mail Communications



**From:** Bobby O'Conor
**Sent:** Tuesday, May 5, 2020 1:41 PM
**To:** James Kuykendall
**Subject:** FW: James Kuykendall

FYI.

**From:** Bobby O'Conor
**Sent:** Tuesday, May 5, 2020 1:41 PM
**To:** 'Cameron Stracher'
**Cc:** Anna Ramirez
**Subject:** RE: James Kuykendall

Mr. Stracher, the email addresses for the individuals named in our letter of May 4, 2020 are:

Jack Lawn – email –
Bill Coonce – email –
Matty Mahar – email –
Alan Bachelier – email –
Mike Chavarria – email –
Pete Hernandez – email –
Steve Duncan – email –
Steve Paris – email –

Respectfully,

Robert D. O'Conor
O'Conor, Mason & Bone, P.C.
1616 S. Voss, Suite 200
Houston, TX  77057

**From:** Cameron Stracher

**Sent:** Tuesday, May 5, 2020 6:36 AM
**To:** Bobby O'Conor < ██████████████ >
**Cc:** ███████████████ █ ██████████ Anna Ramirez ████████████████████ >
**Subject:** Re: James Kuykendall

Please provide contact information for all the people you identify in your letter.  Thank you.


--

51 ASTOR PLACE, 9th FLOOR
NEW YORK, NY 10003
(646) 992-3850
(646) 992-4241 (fax)
WWW.STRACHERLAW.COM


On May 4, 2020, at 9:50 AM, Bobby O'Conor ████████████████ wrote:

Mr. Stracher and Amazon attorneys,

Attached please find my letter dated May 4, 2020.

Respectfully,

Robert D. O'Conor
O'Conor, Mason & Bone, P.C.
1616 S. Voss, Suite 200
Houston, Texas 77057
████████████████████
████████████

**From:** Anna Ramirez ████████████████████
**Sent:** Tuesday, April 28, 2020 10:51 AM
**To:** ████████████████
**Cc:** ████████████████ ; █ ██████████████ Bobby O'Conor
████████████████
**Subject:** James Kuykendall

Mr. Stracher,

Please see the attached letter from Mr. Robert O'Conor.


**Anna C. Ramirez**
*Legal Assistant*

O'Conor, Mason & Bone, P.C.
1616 S. Voss, Suite 200
Houston, Texas 77057

Email: ███████████████████

<Stracher letter 5.4.2020.pdf>



O'CONOR, MASON & BONE, P.C.
——————— ATTORNEYS AT LAW ———————

1616 S. Voss, Suite 200                                                                    Telephone: (713) 647-7511
Houston, Texas 77057                                                                       Facsimile: (713) 647-7512

May 4, 2020

**<u>VIA EMAIL</u>**

Mr. Cameron Stracher
51 Astor Place, 9ᵗʰ Floor
New York, NY  1003
██████████████

Dear Mr. Stracher:

We understand from trailers for the docuseries your client has produced that the planned publication date appears to be May 15, 2020.  Please understand that a groundswell of supporters of James Kuykendall have made unsolicited contact with him.  Among these supporters are:

John "Jack" Lawn – former administrator of the Drug Enforcement Administration

Mathew "Matty" Mahar – retired DEA supervisor and senior member of Operation Leyenda task force

Steve Duncan – Retired investigator from the California Department of Justice

Alan Bachileer – Retired DEA supervisor and former agent assigned to the Guadalajara DEA office 1984 – 1987

Mike Chavarria – Retired DEA supervisor and former RAC of the Guadalajara DEA office

Pedro "Pete" Hernandez – Former DEA agent at the Guadalajara DEA office 1980 – 1983

William "Billy" Coonce – Retired DEA supervisor and first supervisor of the Operation Leyenda task force

Steve Paris – DEA agent – Los Angeles, CA, and currently the only investigator assigned to Operation Leyenda

Also note that DEA agent Steve Paris has called Amazon's legal department on several occasions and asked to speak to a lawyer, he has continually been routed to voice mail and left messages that his call be returned.  His calls have gone unanswered. If Amazon will call him at ██████████████ he can certainly help with fact checks.

Mr. Cameron Stracher
May 4, 2020
Page 2

        Again, please do not publish any false or misleading information about James Kuykendall. Mr. Kuykendall is a good, honest man.  He never accepted money from cartels, and he had no role in Kiki Camarena's abduction, other than to work diligently to find Kiki after his abduction and to seek justice for his heinous murder at the hands of cartels. Please contact these respected former and present officials to confirm for yourselves what we all know:  James "Jaime" Kuykendall had nothing whatsoever to do with Kiki Camarena's abduction and murder.

        Anyone who says that James Kuykendall performed the acts set forth in Tiller Russell's letter to Mr. Kuykendall is a blatant liar; the credibility of these people needs to be examined. Given their roles as henchmen for the cartel, there's nothing that they would like more to do than bring down the reputations of the men, like James "Jaime" Kuykendall, whose work cost the cartels 100s of millions of dollars.

                        Respectfully yours,

                        /s/ *Robert D. O'Conor*

                        Robert D. O'Conor

RDO/acr

cc:     Amazon Legal Department
        Attn:  David A. Zapolsky
        440 Terry Ave N
        Seattle, WA 98109
        ██████████████

cc:     Ajay Patel, Associate General Counsel
        Amazon Studios
        1236 9th Street
        Manhattan Beach, CA 90266
        ████████████  ██████