# EXHIBIT 8

Amazon Viewer Comments
on The Last Narc





**From the United States**

**AmazonAddict**

★★★★★ **Sadly Corruption Has Not Stopped**
Reviewed in the United States on August 2, 2020

Excellent show and highly recommend everyone watch it. Kudos and thanks to all who were not afraid to interview for this show. Although this is an eye opener on the corruption, lies and people who are traitors of their own country and even family, money and power has reigned for thousands of years and continues to do so today - that will never cease. Look at the current state of government corruption... I can't begin to imagine the corruption that is taking place that we do not know about! Scary to say the least and is probably worse than the horrific reality of this show.

Helpful   ⌄ Comment   Report abuse

**ReelTrout**

★☆☆☆☆ **Nothing new revealed**
Reviewed in the United States on August 2, 2020

The critical viewer will want more backing of stories told with limited interviews. The show Narcos did a better job. One should also look at the Clinton / Barry Seals drug running ops as well as G Bush involvement. This show hoped to point fingers in one direction while ignoring DC has been complicit from 70's thru 2016 with the gun running under Obama.

26 people found this helpful

Helpful   ⌄ 1 comment   Report abuse

**pedro l santana**

★★★★★ **Everyone should watch**
Reviewed in the United States on August 2, 2020

Great documentary. I would love to see the people that were involved from the USA in jail but we all know it will never happen. There is so much more I'm sure.

Helpful   ⌄ Comment   Report abuse

**Fil Martinez**

★★★★★ **us government at its realist**
Reviewed in the United States on August 2, 2020

This is what the US Government has done throughout its entire history.

Helpful   ⌄ Comment   Report abuse

**Shawn Esgate**

★★★★★ **Gary Webb Got Off Easy**
Reviewed in the United States on August 2, 2020

Web got 2 bullets to the brain (suicided) instead of being disappeared and tortured like Kiki. This doc is a great watch for sure. Nothing super suprising though. We all know the CIA and DEA were in cahoots with bad actors to run drugs. Poor Kiki got screwed by Kuykendall and the rest of his dirty superiors

Helpful   ⌄ Comment   Report abuse





**From the United States**

Zola

★★★★★  **Is Kuykendall, Camarena's supervisor, the Cartel mole?**
Reviewed in the United States on August 1, 2020

Excellent production, having the Spanish language used as much as it was brings a cultural perspective most English only speakers would not consider if it were all in English. Many have done regrettable and harsh things in the service of their country. The brutal and savage murder of Enrique Camarena can not be accepted and ignored by the United States. Corruption and greed is just as strong and repugnant on both sides of the US, Mexican border.
Hector Berellez is a national hero.

14 people found this helpful

Helpful    ˅ 1 comment   Report abuse

DBrown

★★★★★  **Wow**
Reviewed in the United States on August 1, 2020

Great documentary

Helpful    ˅ Comment   Report abuse



★★★★★  **Very Interesting**
Reviewed in the United States on August 1, 2020

More interesting than the show narcos that based on these characters is hearing the man speak for themselves.

The amount of dirt that keeps getting dig up like MK Ultra, regime changes, stuff that inspire fiction writing from Tom Clancy novels are all here. Suprise they did nothing to stop this show from coming out.

Helpful    ˅ Comment   Report abuse



★★★★★  **Finally Available on Prime Video**
Reviewed in the United States on August 1, 2020

This was an excellent documentary about a truly horrific murder. I was wondering if there would be major edits after it was killed off right before it was due to premier in March, but there only seems to be one name that wasn't shared. The most controversial aspects are expressed very boldly which leads me to believe that name was why the show had been pulled. It was very good but very disturbing.

One person found this helpful

Helpful    ˅ Comment   Report abuse

StevieP

