# EXHIBIT 9

Comments About the Show,
Which Identify Kuykendall,
by Viewers on Reddit.com





| The Last Narc (Amazon Prime) h× | + |

← → ⟳ 🔒 https://www.reddit.com/r/narcos/comments/i111tx/the_last_narc_amazon_prime_has_been_released_the/g07

reddit                                         🔍 Search

▲ 28 ▼   🗨 The Last Narc (Amazon Prime) has been released, the Docu-Series about the death of Kiki C...

▲
▼  I personally think that the documentaty pretty much sats between the lines that the DEA agent is James Kuykendall

They obviously cant say it directly but its not an accident that they mention his testimony in the same episode as that revelation

They also show a video clip of him carrying a briefcase. This part might be me overanalyzing but i think its a hint by the producers to the viewers when they then not long after have the new witness say he brought suitcases of money to the unnamed dea agent

▲  YakOrnery 3 points · 4 months ago
▼  I feel like they're alluding to that as well. It seems to be the only person that makes sense the way they painted it. Unless they intentionally painted it that way to not bring attention to the real unnamed agent which doesn't seem likely

▲  AtomicPunk 8 points · 4 months ago
▼  They say there were only a few agents in that office. They say Kuykendall was his supervisor. They say the money was delivered to the unidentified DEA agent to be shared "with his team." If indeed the money was to be shared amongst that team then it's hard to believe they would give it to another agent. Kuykendall inexplicably testifies in favor of a man known to be a drug lord in District Court. An action that the prosecutor and agent are shocked by, presumably because it was at least common knowledge, of not something they discussed before trial. They never interview Kuykendall in the documentary; clearly he is either dead or refused to cooperate or they were concerned letting him know was a risk. And they never state that the DEA agent described by the new informant wasn't Kuykendall, which would seem necessary given that these facts all point to him as such.

Yeah I'd say that it's valid to conclude it's him. That's based solely on the evidence they presented in the documentary of course. But either way, his testimony at that trial obviously indicates he was on the take.

▲  YakOrnery 1 point · 4 months ago
▼  Exactly. This some wild shit man.

▲  mistermortensen1 3 points · 4 months ago
▼  Ya and if you speak Spanish it's pretty clear they tone out the "supervisor" de Kiki. Rewatch it. Definitely Kuykendall. I wrote a bad review of his book... but then deleted it... because he was pretty outspoken of the CIA even back then. (90's - in the LA Times even). So they might be reaching too far with that one.





🔴 The Last Narc (Amazon Prime) ha  ✕   +

← → ↻   🔒 https://www.reddit.com/r/narcos/comments/i111tx/the_last_narc_amazon_prime_has_been_released_the/g05

🔴 reddit                    🔍 Search

▲ 29 ▼   ▤   The Last Narc (Amazon Prime) has been released, the Docu-Series about the death of Kiki C...

▼ In a recent article, Phil Jordan refers to the unnamed DEA agent as an "ex-customs agent transferred to the DEA."

That fits the bill for Jaime. Obviously, you have to take Narcos's narrative ultimately as fiction even if it is based on true events — but damn — didn't see that coming. If true, it's shocking.

▲ tehgooseman571 4 points · 4 months ago
▼ I remember reading that Berellez or another ex DEA had beef with Narcos because it messed with the facts and now I'm wondering if it's how they portrayed Jaime

▲ mkcena 3 points · 4 months ago
▼ Here's the article with interviews I had referenced above (I guess it's not TOO recent) ...might be the same one: https://meaww.com/narcos-mexico-kiki-camarena-murder-dea-agent-phil-jordan-hector-berrellez-eric-newman-cia-role-truth

I think Narcos and Narcos: Mexico have done a good job in balancing showing the good, bad, and the ugly of each of the national federal governments, their law enforcement agencies, and the individuals highlighted in the show. The CIA is included in that. I can't say the same about Jaime's portrayal thus far. I think it would be fair to say he has had one of the most positive (heroic, even) portrayals of any real-life individual featured in Narcos and Narcos: Mexico.

It sounds like the claims regarding the "unnamed DEA agent" are currently being investigated. I'm just saying... it would be a damn shame for this amazing show to lose its credibility by missing something this major in telling this story if the claims turn out to be about Jaime and if they turn out to be true.

▲ Decent_Objective 5 points · 4 months ago
▼ The real Jamie was a consultant for Narcos: Mexico, that might explain why he was portrayed in such a heroic light.

Now I want them to reshoot the series with this new info!!

▲ RetiredPandaMurderer 2 points · 4 months ago
▼ no doubt. they knew they couldnt name him so they did the best they could

▲ tehgooseman571 1 point · 4 months ago
▼ Just thinking about how this was delayed whatever the government made Amazon cut out must have been really fucked up if they let them release this













NARCOS MEXICO: James Kuyken ×

reddit.com/r/narcos/comments/k3ln1a/narcos_mexico_james_kuykendall_the_agent_in/

reddit Search

65 NARCOS MEXICO: James Kuykendall, the agent in charge when Kiki ...

65

r/narcos · Posted by u/kaz00ie505 16 days ago

# NARCOS MEXICO: James Kuykendall, the agent in charge when Kiki got kidnaped, knew that it would happen and accepted bribes.

Hey guys, typing this because I just finished The Last Narc, a really good documentary series about Kiki Camarena's kidnapping, and the investigation (its a must watch if you were a fan of the show). This series was delayed heavily because the CIA apparently pressured amazon not to release because they thought it was a "threat to national security" (look it up). Anyway, the series is very detailed and talks about the CIA ordering the murder its cover up. In the docu series, they explain that someone at the DEA was giving the cartel information on Kiki, his schedule, and when he would be alone. Now they do say the name but its bleeped out. Later on its revealed, that during the trial of Ruben Zuno Arce, the man who owned the home where Kiki was murdered, James Kuykendall testified that Ruben had no ties to drugs whatsoever though there was astounding evidence against the man. This obviously shocked everyone. Now after finishing the series, I was scouring the internet and came across a YouTube video. Someone uploaded a deleted portion of the series that directly accuses James Kuykendall of taking money and giving the cartel the signal when Kiki was leaving. I know that its a lot to chew but I heavily recommend looking into the series and the deleted portion on YouTube and making the judgment for yourselves. the YouTube video is here https://www.youtube.com/watch?v=htt-jJR-6I8&list=LL&index=1&t=91s&ab_channel=GoodpixelProductions

16 Comments Share Save Hide Report 99% Upvoted

▲ 65 ▼    💬 NARCOS MEXICO: James Kuykendall, the agent in charge when Kiki ...

▲ Fit_Bottle1510 1 point · 15 days ago
▼ During interrogation in 1991, both Jorge Godoy and Rene Lopez-Romero told to Berrelez names of all participants, who attended the meetings between MX government and Guadalajara Narcos before the Kiki's kidnapping. And even if they didn't know name or nickname of some person present at the meeting, they simply stated (for example) "unidentified general".

So I really wonder why we can't find there any "Jaime Kuykendall", or "Jaime", or "James", or "unidentified American", or "unidentified Cuban", or "Max Gomez", or "Felix Rodriguez"?

Example - meeting 1 (or 2) days bofere kidnapping. As we could hear at the Last Narc, there had to be also Kuykendall (or somebody from DEA / CIA). But, look at the real list of participants of that meeting, according to Rene Lopez-Romero and his interrogator Hector Berrelez:

- Manuel Bartlett-Diaz
- Enrique Alvarez del Castillo
- Juan Arevalo-Cardoqui
- Armando Cuellar
- Edgar Levi-Gallardo
- Larios Guzman
- Ruben Zuno Arce
- Javier Barba-Hernandez
- Abelardo Hernandez
- Samuel Ramirez-Razo
- Rafael Caro Quintero
- Ernesto Fonseca
- Miguel Angel Felix Gallardo

I really wonder why there isn't Kuykendall or Rodriguez..?