# EXHIBIT 10

Comments to Related Videos by
Defendants John Massaria and Good Pixel Productions
and other viewers

Comments to Video:
"NARCOS, Kiki Camarena and the real truth Part 2 of 33"
Uploaded by GoodpixelProductions
November 21, 2018



NARCOS, Kiki Camarena and the real truth Part 2 of 33

7,663 views • Nov 21, 2018

GoodpixelProductions

Edited By John Massaria for Good Pixel Productions a subsidiary of "Sit Pixel Sit... Good Pixel Productions." No pixel's were actually harmed during any of our productions or edits, and we encourage to recycle pixels worldwide.

License          Creative Commons Attribution license (reuse allowed)

SHOW LESS

18 Comments          SORT BY

Add a public comment...



Noregrets 702 · 2 years ago

Where's parts 3-33?

👍 1   👎    REPLY

▲ Hide 10 replies

GoodpixelProductions   2 years ago

We just signed a contract with Amazon to tell the story the right way so stay tuned - for now look at the interviews Hector Berrellez did on my channel right here https://www.youtube.com/watch?v=rvds0QqvH2o&t=673s

👍 4   👎    REPLY

Ed Cancino   5 months ago

Ya that thing with Amazon is cancelled . Now what ? When can we see the whole thing?

👍 1   👎    REPLY

GoodpixelProductions   4 months ago

@Ed Cancino   AMAZON airing THE LAST NARC   Available July 31, 2020

👍 1   👎    REPLY

Ed Cancino   4 months ago

@GoodpixelProductions that's fantastic news , thank you for sharing it , how sure is this ?

👍 1   👎    REPLY

GoodpixelProductions   4 months ago

@Ed Cancino   its on now

👍 1   👎    REPLY

Ed Cancino   4 months ago

@GoodpixelProductions I saw it today thank , it's great it's amazing and sad , but the truth almost always is .

👍 1   👎    REPLY

GoodpixelProductions   4 months ago (edited)

@Ed Cancino   I agree- thanks man

👍 1   👎    REPLY

Ed Cancino   4 months ago

@GoodpixelProductions thanks once again , so many questions answered . But so many more questions raised , Kiki's friend and boss . Why would he testify that Zuno Arce was not a drug dealer, and was he the Us consolite employee who pointed Kiki out to them the day the kidnapped him ? I hope there is more to this documentary and what off the tapes .

👍 1   👎    REPLY



👍 1   👎   REPLY

**GoodpixelProductions**  4 months ago (edited)

@Ed Cancino I agree- thanks man

👍 1   👎   REPLY

**Ed Cancino**  4 months ago

@GoodpixelProductions thanks once again , so many questions answered . But so many more questions raised , Kiki's friend and boss . Why would he testify that Zuno Arce was not a drug dealer, and was he the Us consolte employee who pointed Kiki out to them the day the kidnapped him ? I hope there is more to this documentary and what off the tapes .

👍 1   👎   REPLY

**GoodpixelProductions**  4 months ago

@Ed Cancino James Kuykendall also said Zuno wasnt a drug dealer under oath- he was Kiki's boss  who set up Kiki - they all lie to protect their pockets and are sociopaths only out for personal gains $

👍 1   👎   REPLY

**Ed Cancino**  4 months ago

@GoodpixelProductions that's just awful , Kiki trusted that man . And worst he wrote a book about the kidnapping of Kiki . It's called Plata or blomo , silver or lad . I see now he took the silver . His also been on documentaries about Kiki's life and even says he was a good friend. I've read trance scripts of the interaction , will the tapes ever be made public ? I know it would be awful to hear Kiki in pain . But to hear the people interagating him like the Cuban .

👍 1   👎   REPLY

**Hector W Padilla**  4 months ago

An American doing his job to stop drugs into the US is killed by the CIA in the most gruesome way possible- to protect an illegal war against "communism " in Nicaragua. It puts a new light on Reagan and his "war against drugs" but also highlights his and Thatchers endeavors in fully implementing neo-liberalism and the lies of trickle down economics. How many poor and destitute people have had their lives ruined by these actions? This is a far cry from the Captain America personifiation of going right and fighting for justice when your own government kills you for doing your job and wanting to do right …

Read more

👍 2   👎   REPLY

▲ Hide reply

**GoodpixelProductions**  4 months ago

did u see the amazon Prime premiere of The last Narc? thanks man you get it !
why war why murder our own- I do not know

👍   👎   REPLY

Comments to Video:
"NARCOS, Kiki Camarena and the real truth Part 3 of 33"
Uploaded by GoodpixelProductions
November 21, 2018



NARCOS, Kiki Camarena and the

youtube.com/watch?v=40j1nFBBcSQ&lc=Ugy8stLjt8DVm-t8n3p4AaABAg.9BQek9aK-xi9BSvQV8LB_7

≡  ▶ YouTube

Search

**Christina H** 4 months ago
Amazon refuses to show this. Can we find it anywhere else?

👍 2    👎      REPLY

▲ Hide 4 replies

Highlighted reply

GoodpixelProductions   4 months ago (edited)

it is being re-edited and Amazon assures us it will air soon - the CIA director Jack Lawn and corrupt agent Jaime Kuykendall  have denied the witnesses testimony that James took a bag of cash at Fonsecas home the night before Kiki was snatched and killed- even though the body guards who were there all said he did in fact meet at the drug lords home and one them personally gave him the bag of money when testifying under oath and under a document if caught lying they (the witnesses) would be charged with his murder complicity- so by testifying these brave body guards...

Read more

👍 8    👎      REPLY

GoodpixelProductions   4 months ago

AMAZON airing THE LAST NARC  Available July 31, 2020

👍 1    👎      REPLY

**Joey Sanchez** 4 months ago
Apple tv

👍 1    👎      REPLY

GoodpixelProductions   4 months ago

@Joey Sanchez I wasnt aware if its on AppleTV - I thought for release it was only APrime

👍 1    👎      REPLY

**HINCH** 4 months ago
This is incredible / the CIA killed Kiki to keep the operation secret w the cartels and then the DEA betrayed Kiki to make it all go away / what a travesty

👍 6    👎      REPLY

▲ Hide reply

GoodpixelProductions   4 months ago

yup- did you see the Last Narc on Amazon?

👍 2    👎      REPLY



👍 1  👎   REPLY

**GoodpixelProductions**  4 months ago

@None Yourbusiness Hector is a living hero - and a real badass in real life
he is my closest friends and I love em

👍 1  👎   REPLY

**istt**  1 month ago

Kennedy said "I will break the CIA into a thousand pieces" and was assassinated shortly thereafter. The CIA needs to be dismantled. They were directly involved in the attempted coup in the last US presidential election, apparently fearing they could not control Trump the way they had previous presidents.

👍  👎   REPLY

**caiphas ahab**  2 months ago (edited)

I still wanna snitch on Rafael Caro Quintero for $20 million dollars 💵 I don't care. I really want the money 💰 not only him. El mencho for $10 million, el mayo for $5 million, Jesus Salazar for $5 million and Dario Antonio Usuga David for $5 million.

👍  👎   REPLY

▲ Hide 2 replies

**rawlikesushi3**  3 weeks ago

Impossible are you not seeing that there's people backing them up?

👍  👎   REPLY

**caiphas ahab**  3 weeks ago

@rawlikesushi3 👀 🤔

👍  👎   REPLY

**H o t r e t a r d e d c h i X**  1 year ago

Very good

👍 1  👎   REPLY

▲ Hide reply

**GoodpixelProductions**  1 year ago

thanks man I have dozens of hours of interview footage with him and the actual body guards for drug lords he protected

👍 1  👎   REPLY

Comments to Video:
"Rogue Narc Longest Gun Fight in DEA History Part 2
Full Story The Last Narc Amazon Prime"
Uploaded by GoodpixelProductions
July 26, 2020



**Rogue Narc Longest Gun Fight in DEA History Part 2 Full Story The Last Narc Amazon Prime**

836 views • Jul 26, 2020

👍 26      👎 1      ↱ SHARE      ≡+ SAVE      •••

GoodpixelProductions                                                SUBSCRIBE

BEFORE WATCHING THIS PART 2
WATCH PART 1 HERE: https://www.youtube.com/watch?v=32L8o...

The true story of Hector Berrellez. This episode is the prelude to the rise and fall of a highly decorated agent- This was the catalyst moment after the shootout and going to the Halls of Justice awards - Why Hector was selected to head up the largest investigation in DEA history which was called Operation Leyenda. Op Leyenda was the follow up investigation into who really took + killed DEA agent Enrique S. "Kiki" Camarena Salaza.

Hector Berrellez is a former D.E.A. Supervisor and Special Agent, with thirty years extensive experience in counter terrorism and narcotics enforcement. He is recognized as one of the most highest decorated Drug Enforcement Agent in the history of the bureau. He was recognized by the U.S. Attorney General Ed Meese for heroism. He received the Federal Bar Association Medal of Valor, the Federal Executive Board Chairman's Special Award. And is credited for his handling and solving of the kidnap, torture and murder of undercover DEA Agent Enrique "Kiki" Camarena by drug traffickers in Guadalajara, Mexico in which Hector received the prestigious DEA Administrator's Award.

Edited + Filmed in NYC By John Massaria for Good Pixel Productions a subsidiary of "Sit Pixel Sit... Good Pixel Productions." No pixel's were actually harmed during any of our productions or edits, and we encourage to recycle pixels worldwide.

License          Creative Commons Attribution license (reuse allowed)

SHOW LESS

36 Comments        ≡ SORT BY



ALo 7 · 4 months ago

In my opinion, berellez  was set up by the DEA when asked to kidnap Alvarez Machaín in order to have a reason to remove him from the camarena case

👍 4   👎   REPLY

▲ Hide 20 replies

GoodpixelProductions · 4 months ago

maybe - the truth remains that Kiki's boss James Kuykendall was the man who set up the kidnapping the night before at Fonescas house according to the two bodyguards who testified under-oath - I have the recordings where James was there taking a large bag of cash after the meeting

👍 1   👎   REPLY

ALo 7 · 4 months ago

GoodpixelProductions what do you mean recordings ? Like from the docu series that just came out ?

👍 1   👎   REPLY

ALo 7 · 4 months ago

GoodpixelProductions could you provide us with those recordings ?

👍 1   👎   REPLY

GoodpixelProductions · 4 months ago (edited)

@ALo 7 I worked on the doc and with Hector for over 4 years- I am super close with Hector. I met with the sicarios when I stayed at Hectors home- They told me a lot on tape I dropped my jaw many times. Will I share those tapes of them telling me about James K? I wanted to as soon as Amazon released the doc - I called Hector and he said wait- new investigations are taking place as a result of the doc so he said wait-

👍 1   👎   REPLY

ALo 7 · 4 months ago

GoodpixelProductions oh wow I didn't know you were part of this docuseries.

👍 1   👎   REPLY

GoodpixelProductions · 4 months ago (edited)

@ALo 7 the gun battle in the video above was in part 2 of the docuseries The Last Narc - Tiller Russell was the director/producer of Last Narc and decided to tell it his way with the gun battle in the cornfields and his budget for the gun battle was somewhere around $100-300K - my part1 and part 2 had zero budget but tells a more complete story - I helped make the sizzle reel for Tiller that sold the project to Amazon- I helped with the documents of DEA-6s and graphics in the docuseries- but two years before the series was bought I was independently filming and recording …

Read more

👍 1   👎   REPLY



**GoodpixelProductions** 4 months ago (edited)

@ALo 7 the gun battle in the video above was in part 2 of the docuseries The Last Narc - Tiller Russell was the director/producer of Last Narc and decided to tell it his way with the gun battle in the cornfields and his budget for the gun battle was somewhere around $100-300K - my part1 and part 2 had zero budget but tells a more complete story - I helped make the sizzle reel for Tiller that sold the project to Amazon- I helped with the documents of DEA-6s and graphics in the docuseries- but two years before the series was bought I was independently filming and recording Hector and the body guards capturing over 40 hours plus of the story on my own. After it was bought by Amazon- Tiller tried to cut me out- he lied to me and I had to got to Eli Holzman involved from IPC for compensation - they wound up giving me $5k for my contributions and Assistant Producer credits (it was suppose to be Associate Producer) you can see my credit at the end of each episode. But I never gave up my video or audio tapes to them that I did on my own. There is still many many true crazy stories untold in the Hector Berrellez files.

Show less

👍 1    👎    REPLY

ALo 7 4 months ago

GoodpixelProductions crazy. I didn't know all that was happening behind the scenes. But you did a good job just as the other guys. And regarding about sharing the tapes of Jaime kihkendall, Iv heard about his involvement before but very little but yeah they're reopening the case again

👍 1    👎    REPLY

LosBerkos 3 months ago

@GoodpixelProductions What do you make of Netflix's bleeped-out name torture scenes in the first season of Narcos: Mx? Misdirection? It's an uncanny parallel to this evidence against the three-letter agencies how they set that up to be the controversy although the involvement of people like Bartlett or Salinas with the GDL cartel had been known about for quite a long time before. Do you think that could have been an intentional muddying of the waters to confuse matters on this new evidence or is that far-fetched?

👍 1    👎    REPLY

**GoodpixelProductions** 3 months ago (edited)

We (me and Hector) met with Narcos team (Eric Newman and who writing staff and director) in CA first and they decided to go with James Kuykendall's story and bs the same as Michael Mann's Drug Wars: The Camarena Story did way back in 1990 and Elaine Shannon wrote the book based on James Kuykendall BS as well- the whole Narcos Mexico is utter bs and it upsets Phil Jordan Ed Heath and most of all Hector Berrellez since they distorted history so badly and they all knew Jamie was taking bribes and was obstructing the Kiki investigation and was …

Read more

👍 3    👎    REPLY

ALo 7 3 months ago

GoodpixelProductions I knew Ed heath was part of the investigation but I thought he had never made a comment relating about the CIA's involvement. And you took me by surprise that Jaime was obstructing the murder of Kiki. What about Jack Lawn did he ever mention anything ?

👍 2    👎    REPLY

ALo 7 3 months ago

GoodpixelProductions also does Hector have the tapes of the interrogation they did to Kiki ?

Comments to Video:
"The Last Narc Not Featured NEVER BEFORE HEARD TAPES"
Uploaded by GoodpixelProductions
September 18, 2020



The Last Narc - Not Featured NEVER BEFORE HEARD TAPES

4,254 views • Sep 18, 2020

👍 95   👎 0   ➤ SHARE   ⊟ SAVE   •••

GoodpixelProductions

SUBSCRIBE

Tapes Never Before Released Interview About Enrique "Kiki" Camarena

Filmed on location in California with Hector Berrellez, Ramon Lia, Jorge Gadoy
By John Massaria for Good Pixel Productions a subsidiary of "Sit Pixel Sit... Good Pixel
Productions." No pixel's were actually harmed during any of our productions or edits, and we
encourage to recycle pixels worldwide.

License          Creative Commons Attribution license (reuse allowed)



0:02 / 26:29

## The Last Narc - Not Featured NEVER BEFORE HEARD TAPES

4,332 views • Sep 18, 2020

👍 96    👎 0    ↗ SHARE    ≡+ SAVE    •••

 **GoodpixelProductions**    **SUBSCRIBE**

Tapes Never Before Released Interview About Enrique "Kiki" Camarena

Filmed on location in California with Hector Berrellez, Ramon Lia, Jorge Gadoy

SHOW MORE

---

**36 Comments**    ≡ SORT BY

👤 Add a public comment...

---

 `GoodpixelProductions` 2 months ago
releasing this was a very difficult decision - I did it for the truth and nothing more- the time has come for these people to be held accountable before they pass away or is completely forgotten- The time for truth is now

👍 17  👎    REPLY

▲ Hide 3 replies

 Blue Moon 2 months ago
Thank you for posting this... I've been hearing stories of this stuff since I was a kid in the 80s... few movies and documentaries about this and I think this is the biggest story... Freeway Ricky Ross in LA and the documentary
CRACK IN THE SYSTEM...
the Movie 🎬 DONT KILL THE MESSENGER ...
Read more

👍 3  👎    REPLY

 Anthony Hollis 2 months ago
too bad HOAXVID came around at the perfect time...

👍 1  👎    REPLY

 JCKPatriot 3 weeks ago (edited)
thank you because this shows how Corrupted some people in our own government are. Robert  Mazur just said to watch this to see how deep the rabbit hole goes CIA is the Must Corrupted 3 letter agency in America. they have Committed Treason against the United States. it is time to hold them to Account. the good thing about knowing Spanish is that were ever the Translator gets wrong I know what the witness means and believe me the Translator made a few Mistakes in the wording. this old Man testimony is out of this world  and he remembers everything Perfect with details and the Translator keeps adding and taking. I wonder if the Translator have a dog in this fight?
Read more

👍 1  👎    REPLY



**ALo 7** 2 months ago

What else do you have ? Do you know if Hector has those tapes of Camarenas interrogation ?

👍 2  👎    REPLY

▲ Hide 10 replies



**GoodpixelProductions** 2 months ago

No the tapes are with DEA and CIA are the ones who handed those tapes to DEA originally. what else do I have? a lot. this story is slowly eating away at me- so I am taking a break for now from discussing it

👍 3  👎    REPLY

**ALo 7** 2 months ago

GoodpixelProductions ahh I see. Did Hector ever talk about Operation Padrino ? If so what did he say

👍 2  👎    REPLY

**GoodpixelProductions** 2 months ago

Op Padrino is discussed very clearly on my Roge Narc series
Here on this channel

👍 2  👎    REPLY

**ALo 7** 2 months ago

GoodpixelProductions alright

👍 2  👎    REPLY

**Roy Torr** 1 month ago

Was the james that they were talking about, kikis partner James Kuykendall?

👍 1  👎    REPLY

**ALo 7** 1 month ago

@Roy Torr yes.

👍 2  👎    REPLY

**Roy Torr** 1 month ago

@ALo 7 so james betrayed kiki in real life?....I thought that was just a rumor...holy shit

👍 2  👎    REPLY

**GoodpixelProductions** 1 month ago

@Roy Torr not partner but his boss in DEA

👍 2  👎    REPLY

**GoodpixelProductions** 1 day ago

@Roy Torr not partner but boss and yes that is the shocking truth in tape recording and their words

👍   👎    REPLY

**GoodpixelProductions** 1 day ago

@Roy Torr yup and Kiki's wife Mika was befriended by James as if to keep an eye on her- all the while lying to her- it was only under the doc she realized he was behind the murder of her husband- new investigation started but after 1 year- sort of ended but the whole time she got new intel and confirmed it from other DEA agents - her 'friend' was an enemy after all these years !

 **Tapan Dabhi** 4 days ago

This is crazy and scary

👍 1 👎 **REPLY**

▲ Hide 2 replies

  3 days ago

yup- the whole time I was on high alert while doing interview- these guys risked everything by speaking out

👍 1 👎 **REPLY**

 **Tapan Dabhi** 3 days ago (edited)

@GoodpixelProductions Thank you for doing this. It's for people like you and Hector that we know the truth. After I watched the episode of kiki's murder and did some research and started to find out a few articles/interviews of Hector Berellez I felt disgusted at the series and netflix and stopped watching right after. Watching & Reading about what these monsters did to kiki was a severe mental trauma giving me nightmares and later knowing it was his own people is even worse. Producing a netflix series to do a cover up is even worser. It just keeps getting worse. My heart goes out to him and his family. Nobody should have to go through this....

Read more

👍 1 👎 **REPLY**

 **caiphas ahab** 1 month ago

at different points in history in the distant past of the 1980s, the US helped the initial sparks of al-Qaeda and the Taliban in Afghanistan fight against the USSR and facilitated arms sales to Iran to help covertly pay for a conflict with the contras in Nicaragua.

👍 2 👎 **REPLY**

▲ Hide 6 replies

 **Tony Iacomi** 4 weeks ago

Pretty sure everyone knows that. This here is outrageous though. The CIA captures and tortures an active DEA agent

👍 2 👎 **REPLY**

 **caiphas ahab** 1 week ago

@Donald Trump 👀

👍 👎 **REPLY**

 **Tapan Dabhi** 4 days ago

@Tony Iacomi And the torture is so inhuman. Just watching and reading about it is a trauma. It's such a pain to see a honest dedicated guy getting murdered by his own people.

👍 👎 **REPLY**

 **Tony Iacomi** 3 days ago

@Tapan Dabhi Yeah, awful. Can you imagine as he looks around the room being tortured and sees one of our own? Its a shame that the government will NEVER allow this to be investigated.

👍 1 👎 **REPLY**

 **Tapan Dabhi** 3 days ago

@Tony Iacomi Investigated? I am starting to feel that they have used NARCOS to glorify the criminals. Just look at Jaime kyukendall in the series, he's so worried that he's not getting sleep and just running around looking for kiki. And the truth? He took a bribe to help kidnapping of kiki? This is sick;.

👍 👎 **REPLY**

 **Tony Iacomi** 3 days ago

@Tapan Dabhi Big time sick