UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **JAMES KUYKENDALL,**<br><br>*Plaintiff,*<br><br>v.<br><br>**AMAZON STUDIOS, LLC, HECTOR BERRELLEZ, JOHN MASSARIA, GOOD PIXEL PRODUCTIONS, TILLER RUSSELL, and THE INTELLECTUAL PROPERTY CORPORATION,**<br><br>*Defendants*. | Civil Action No. 5:20-cv-00219 |

### DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2) OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

Defendants Hector Berrellez ("Berrellez"), John Massaria ("Massaria"), Tiller Russell ("Russell"), and IPC Television, LLC (sued herein as "The Intellectual Property Corporation") ("IPC") (collectively "Defendants")[1] respectfully file this Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) or, in the Alternative, to Transfer Venue (the "Motion to Dismiss") and would respectfully show the Court the following:

1. Contemporaneous with the filing of this Motion to Dismiss, Defendants have filed their Memorandum of Law in Support of Defendants' Motion to Dismiss (the "Memorandum"), which is incorporated herein by reference for all purposes.

---

[1] "Good Pixel Productions" is not a legal entity. It is, rather, a YouTube "channel." Declaration of John Massaria, dated March 5, 2021 ("Massaria Decl."), ¶ 3.

1

2. As set forth in greater detail in the Memorandum, the exercise of personal jurisdiction over Defendants would be contrary to Texas law and would offend well settled principles of substantive due process. Accordingly, this Court should decline to exercise personal jurisdiction over the moving Defendants and should dismiss Plaintiff's claims pursuant to Federal Rule of Civil Procedure 12(b)(2).

3. In the alternative, if this Court declines to grant Defendants' Motion to Dismiss, Defendants Berrellez, Russell, and IPC move pursuant to 28 U.S.C. § 1404(a) to transfer venue to the Central District of California, Los Angeles Division. As set forth more fully in the accompanying Memorandum, transfer is appropriate because this case could have been brought in California, and a balancing of the relevant private and public factors weighs in favor of transfer.

THEREFORE, Defendants respectfully request that this Court grant the Motion to Dismiss and dismiss the claims against the moving Defendants or, in the alternative, transfer the cases pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Central District of California, Los Angeles Division.

Dated: March 8, 2021

Respectfully submitted,

 /s/   *Laura Lee Prather*

| | |
|---|---|
| Laura Lee Prather* | Gilberto Hinojosa |
| Texas State Bar No. 1623400 | Texas State Bar No. 09701100 |
| S.D. Tex. Bar No. 15442 | S.D. Tex. Bar No. 3425 |
| Wesley D. Lewis | LAW OFFICE OF GILBERTO HINOJOSA & ASSOCIATES, P.C. |
| Texas State Bar No. 24106204 | 531 E. St. Francis Street |
| S.D. Tex. Bar No. 3251642 | Brownsville, Texas 78520 |
| HAYNES AND BOONE, LLP | |
| 600 Congress Avenue, Suite 1300 | *Counsel for Defendants Berrellez, Massaria, Russell, and Amazon Studios, LLC* |
| Austin, Texas, 78701 | |
| Telephone: (512) 867-8400 | |
| Facsimile: (512) 867-8609 | |
| laura.prather@hanesboone.com | |
| wesley.lewis@haynesboone.com | |

*Counsel for Defendant IPC Television, LLC*

Cameron Stracher*
*Admission pro hac vice pending*
STRACHER LAW
51 Astor Place, 9th Floor
New York, NY  10003
Telephone: (646) 992-3850
Facsimile: (646) 992-4241
cam@stracherlaw.com

*Counsel for Defendants Berrellez, Massaria, and Russell*

*Attorney in charge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of March, 2021, a copy of the foregoing has been served upon counsel for all parties to this proceeding through the court's electronic filing system.

Farzin Franklin Amanat
Bruce D. Bernstein
Greg G. Gutzler
Megan E. McKenzie
Dicello Levitt Gutzler LLC
444 Madison Ave., 4th Floor
New York, NY 10022

Alex J. Brown
The Lanier Law Firm, PC
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064

                                                       */s/ Laura Lee Prather*
                                                       Laura Lee Prather

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **JAMES KUYKENDALL,**<br><br>*Plaintiff,*<br>v.<br><br>**AMAZON STUDIOS, LLC, HECTOR BERRELLEZ, JOHN MASSARIA, GOOD PIXEL PRODUCTIONS, TILLER RUSSELL, and THE INTELLECTUAL PROPERTY CORPORATION,**<br><br>*Defendants*. | Civil Action No. 5:20-cv-00219 |

**PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2) OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

On this day the Court considered Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) or, in the Alternative, to Transfer Venue (the "Motion"), filed by Defendants Hector Berrellez, John Massaria, Tiller Russell, and IPC Television, LLC (sued herein as "The Intellectual Property Corporation") (collectively "Defendants") in the above-captioned and numbered cause. After considering the Motion and all accompanying memoranda of law and evidence submitted in support thereof, as well as all responses and argument of counsel, the Court concludes that the motion should be GRANTED. It is, therefore, hereby

ORDERED that all claims against Defendants Berrellez, Massaria, Russell, and IPC Television, LLC are hereby dismissed.

Alternatively, this Court concludes that Defendants' Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a) should be GRANTED. The above-captioned action is therefore hereby

1

2

TRANSFERRED to the United States District Court for the Central District of California, Los Angeles Division.

Signed at Laredo, Texas, on this _____ day of _____, 2021

                                                                                                   _____
                                                                                                   Hon. Marina Garcia Marmolejo
                                                                                                   United States District Judge