DECLARATION OF PEDRO T. HERNANDEZ
# Exhibit A

**From:** TILLER RUSSELL
**Date:** May 6, 2020 at 5:30:37 PM CDT
**To:** Pedro Hernandez
**Subject: Documentary Series / Kiki Camarena**

Mr. Hernandez,

I received your email.  Thank you for your response.

- Tiller Russell

> On May 6, 2020, at 3:45 PM, Pedro Hernandez wrote:
>
> Sirs:
>
> Reference is made to your email of 04/05/2020 regards allegations made about Mr. James Kuykendall.  For background about me I was in Guadalajara from 1979 to the end of 1983.  I am also a godfather to Kiki's oldest son, Enrique "kikito" Camarena.  I knew Kiki since we were at the DEA academy and subsequently we worked together in Guadalajara.
>
> Mr. Kuykendall arrived in 1982 and designated as the SAIC of the Guadalajara R.O.  At the time of his arrival Kiki and I had been on post working alone until newly arrived Wilbur "Butch" Sears, whom also arrived in 1982.  I have personally known Mr. Kuykendall since 1971/72 time frame.
>
> As to the allegations, I have known about them since they first started in the gossip column.  I can in good faith tell you that these rumors are lies. Lies

perpetrated by persons wanting to gain favor and possibly protection and immunity from procecution.

If your "witnesses" had brought this up to any good and responsible DEA agent, there would have been a report written about it and an investigation conducted by internal affairs. If, "I say if" some of your witnesses are the same as testified at the trials against some cartel members then you know that their credibility was in question. If you do your due diligence you will find that James is known and respected as an agent and would not do or think about doing any of the allegations, especially of the man that Kiki was and the relationship they had established.

As a side note, I will tell you that it is not uncommon for traffickers and or informants to counterattack and create doubt with lies and innuendos to hurt someone's reputation.

I remain,

Pedro T. Hernandez

Sent from Mail for Windows 10

**From:** TILLER RUSSELL
**Sent:** Tuesday, May 5, 2020 7:17 PM
**To:**
**Subject:** Documentary Series / Kiki Camarena

Dear Mr. Hernandez,

We are preparing to broadcast a documentary television series concerning the kidnapping and murder of DEA agent Kiki Camarena. In connection with that series, witnesses make certain allegations against James Kuykendall. Specifically, witnesses claim that:

Mr. Kuykendall received large sums of money from Ernesto Fonseca Carrillo and/or known criminal associates of Carrillo in Guadalajara on at least two occasions in 1984 and 1985;

Mr. Kuykendall received money from state police commander Gabriel Gonzalez Gonzalez on three occasions in the 1980s at the U.S. Consulate in Guadalajara;

Mr. Kuykendall was present in early 1985 at a meeting held at the Motor Hotel

de las Americas where the abduction of Kiki Camarena was planned. In addition, Mr. Kuykendall provided information to Guadalajara Cartel operatives about what Mr. Camarena was wearing and what time he was expected to leave the consulate building on the day he was kidnapped.

If you wish to comment on these allegations, please contact me at this email no later than [5:30 pm PDT on Wednesday, May 6.](#)

Respectfully,

- Tiller Russell