haynesboone

May 5, 2021

Direct Phone Number: 512.867.8476
Direct Fax Number: 512.867.8609
laura.prather@haynesboone.com

**Via electronic filing**

U.S. Magistrate Judge John. A. Kazen
United States District Court
Southern District of Texas
1300 Victoria St.
Ste. 2317, Courtroom 2C
Laredo, Texas 78040

Re:   *Kuykendall v. Amazon Studios, et al.*, Case No. 5:20-cv-00219 (S.D. Tex.).

Dear Magistrate Kazen:

On March 8, 2021, Defendants Hector Berrellez, John Massaria, Tiller Russell, and IPC Television, LLC filed their Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) or, in the Alternative, to Transfer Venue (the "Motion to Dismiss") (ECF No. 38). On April 8, 2021, Plaintiff filed his response in opposition to the Motion to Dismiss (ECF No. 53), and moving Defendants filed their reply on April 22, 2021 (ECF No. 60).

With the filing of Defendants' reply, briefing on the Motion to Dismiss was completed. *See* L.R. 7.4. Nevertheless, on April 30, 2021, Plaintiff filed an additional document in further opposition to Defendants' Motion to Dismiss. (*See* Dkt. 62.)  This document, styled as a "Notice of Correction" but in the nature of a surreply includes additional factual allegations and additional declarations and evidence to further supplement Plaintiff's argument in the Response to the Motion to Dismiss.

Plaintiff did not seek leave to file a surreply, nor would such leave be warranted in this instance. Accordingly, Defendants object to Plaintiff's unauthorized filing. Defendants believe that the filing should be struck, or in the alternative, that Defendants should be provided an opportunity to respond to the additional arguments and allegations in the "Notice of Correction." Defendants respectfully request that this matter be addressed during the upcoming pretrial conference, currently set for May 11, 2021 at 11:00 a.m.

Haynes and Boone, LLP
Attorneys and Counselors
600 Congress Avenue
Suite 1300
Austin, Texas 78701
T (512) 867-8400
F (512) 867-8470
www.haynesboone.com

Respectfully yours,


Laura Lee Prather
Partner

cc:   Farzin Franklin Amanat
      Dicello Levitt Gutzler LLC
      444 Madison Ave., 4th Floor
      New York, NY 10022
      famanat@dicellolevitt.com
      Lead counsel for Plaintiff