# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

James Kuykendall

v.  Case Number: 5:20−cv−00219

Amazon Studios LLC, et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

The Initial Pretrial and Scheduling Conference set for May 11, 2021, at 11:00 a.m. is hereby RESET to May 11, 2021, at 3:30 p.m.

**BEFORE:**
**Magistrate Judge John A Kazen**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1619236189?pwd=MzZWR01KUkREaDgzVllJNXVNektHdz09*
Meeting ID: 161 923 6189
Meeting Password: 146406

United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 5/11/2021

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   May 7, 2021                                                                 Nathan Ochsner, Clerk