United States District Court
Southern District of Texas
**ENTERED**
May 11, 2021
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| JAMES KUYKENDALL, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:20-CV-219 |
| | § | |
| AMAZON STUDIOS, LLC, HECTOR | § | |
| BERRELLEZ, JOHN MASSARIA, ET | § | |
| AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court is Defendants' Motion for Sara C. Tesoriero to Appear *Pro Hac Vice*. (Dkt. No. 66).

To grant a motion to appear *pro hac vice*, the Court requires the subject attorney be in good standing with a state bar. According to Defendants' Motion, Sara C. Tesoriero is a member of the New York Bar. (*Id.*). The Admissions Office for the New York Bar has confirmed the same. However, the Admissions Office has informed the Court that it will provide proof of Ms. Tesoriero's good standing only upon a request made by Ms. Tesoriero.

Accordingly, Defendants are **ORDERED** to provide a certificate of good standing on behalf on Ms. Tesoriero by **May 28, 2021**. Upon receipt of Ms. Tesoriero's certificate of good standing, the Court will issue a ruling on Defendant's Motion for Sara C. Tesoriero to Appear *Pro Hac Vice*. (Dkt. No. 66).

It is so **ORDERED**.

**SIGNED** on May 11, 2021.

John A. Kazen
United States Magistrate Judge