Case 5:20-cv-00219 Document 86 Filed on 08/24/21 in TXSD Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
August 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JAMES KUYKENDALL, | § § § § | |
| Plaintiff, | | |
| V. | § § § § § § § § § § § § | CIVIL ACTION NO. 5:20-cv-219 |
| AMAZON STUDIOS, LLC, HECTOR BERRELLEZ, JOHN MASSARIA, GOOD PIXEL PRODUCTION, TILLER RUSSELL AND INTELLECTUAL PROPERTY CORPORATION, | | |
| Defendants. | | |

## ORDER

The Court held a status conference on August 19, 2021, at which the Court addressed the scope and timing of jurisdictional discovery as referenced in the District Judge's recent Order, (Dkt. No. 80). The Parties also set forth their respective positions on jurisdictional discovery in their Updated Joint Report Required by Fed. R. Civ. P. 26(f) and Joint Discovery/Case Management Plan. (Dkt. No. 83).

In summary, Plaintiff requests that he be allowed to conduct jurisdictional discovery consisting of written discovery and depositions, and that he be allowed to conduct such discovery through the date of the hearing on Defendants' pending motion to dismiss and motion to transfer venue, (Dkt. No. 38). Defendants request that jurisdictional discovery be limited to written discovery, to be completed by September 8, 2021, which is Plaintiff's deadline to file his supplemental briefing pursuant to the District Court's Order, (Dkt. No. 80 at 2).

The District Court's Order, (Dkt. No. 80), specifically recognizes that Plaintiff should be allowed to conduct discovery on the jurisdictional issues raised in the Motion to Dismiss for Lack of Personal Jurisdiction, (Dkt. No. 38), filed by Defendants Berrellez, Russell, IPC, and Massaria ("Dismissal Defendants" or "Movant Defendants"). This Court has considered the District Court's Order, the applicable law,

and the Parties' arguments and pleadings. In order to allow Plaintiff to conduct meaningful discovery on the jurisdictional issues raised by the Dismissal Defendants, this Court enters the following Order pursuant to Fed. R. Civ. P. 16:

1. Plaintiff may serve interrogatories on Defendants about jurisdictional issues, with a response deadline of **August 31, 2021**.[1]
2. Plaintiff may take up to six depositions which will be limited to jurisdictional issues.
3. The deadline for Plaintiff to complete jurisdictional discovery is **October 8, 2021**.
4. Plaintiff will submit briefing by **October 22, 2021**, "outlining how each of the Dismissal Defendants engaged in additional conduct to take advantage of and financially benefit from the Show's distribution in Texas." Defendants may respond by **November 5, 2021**. The deadlines in this paragraph amend and supersede the briefing deadlines set forth in the District Court's Order of August 12, 2021, (Dkt. No. 80).
5. As discussed at the recent status conference, the Parties are unable to agree as to the issues to be included in the jurisdictional discovery. Although the scope of the jurisdictional issues raised in the Dismissal Defendants' Motion to Dismiss should be guided by the applicable law, this Court notes that the District Court specifically referred to "how each of the Dismissal Defendants engaged in additional conduct to take advantage of and financially benefit from the Show's distribution in Texas" and Plaintiff's disadvantage "when it comes to determining and explaining (1) the exact relationship between Dismissal Movants and Amazon and (2) Dismissal Movants' roles in planning and executing the distribution of the Show." (*Id.*). The jurisdictional discovery should generally focus on those issues identified by the District Court.
6. General discovery—discovery not limited to the jurisdictional issues raised in the pending Motion to Dismiss—is **STAYED** at this time. The status of the stay and the question of setting additional discovery and other pretrial

---

[1] At the status conference on August 19, 2021, the Court granted leave for Plaintiff to immediately serve written discovery on Defendants.

deadlines will be addressed at a status conference, which is hereby **SET** for **November 17, 2021 at 9:00 a.m.**, to be conducted by Zoom videoconference. Information for connecting to the videoconference will be issued prior to the conference.

The deadlines set forth in this Order shall not be modified except by leave of Court upon a showing of good cause and shall be binding on all parties. Fed. R. Civ. P. 16(b)(4).

IT IS SO **ORDERED**.

**SIGNED** on August 24, 2021.

John A. Kazen
United States Magistrate Judge