**EXHIBIT 2**

Page 1

1          UNITED STATES DISTRICT COURT
2          FOR THE SOUTHERN DISTRICT OF TEXAS
3                   LAREDO DIVISION
4   _____
                                     )
5   JAMES KUYKENDALL,                )
                                     )
6              Plaintiff,            )
                                     )
7        Vs.                         ) CIVIL ACTION No.
                                     ) 5:20-cv-219
8   AMAZON STUDIOS, LLC,             )
    et al.,                          )
9                                    )
               Defendant.            )
10  _____)
11
12      ZOOM VIDEOTAPED DEPOSITION ANDREAS OLYMBIOU
13              Los Angeles, California
14             Wednesday, October 6, 2021
15                   Volume I
16
17
18
19
20
21
22
    Reported by:
23  LORI M. BARKLEY
    CSR No. 6426
24
    Job No. 4831287
25
    PAGES 1 - 52

1

UNITED STATES DISTRICT COURT

2

FOR THE SOUTHERN DISTRICT OF TEXAS

3

LAREDO DIVISION

4

5
                              )

JAMES KUYKENDALL,        )

6
                              )

         Plaintiff,  )

7
                              )

     Vs.          ) CIVIL ACTION No.

8
                         ) 5:20-cv-219

AMAZON STUDIOS, LLC,   )

9
et al.,               )

                              )

10
        Defendant.  )

11

12

13

14
        Zoom Videotaped deposition of ANDREAS

15
OLYMBIOU, Volume I, taken on behalf of Plaintiff, at

16
Los Angeles, California, beginning at 1:29 p.m., and

17
ending at 3:02 p.m., on Wednesday, October 6, 2021,

18
before LORI M. BARKLEY, Certified Shorthand Reporter

19
No. 6426.

20

21

22

23

24

25

Page 3

1   APPEARANCES:

2

3   FOR THE PLAINTIFF:

4       DICELLO LEVITT & GUTZLER

5       BY:  CARMEL KAPPUS, ESQ.

6       BY:  F. FRANKLIN AMANAT, ESQ.

7       BY:  MEGAN MCKENZIE, ESQ.

8       444 Madison Avenue, Fourth Floor

9       New York, New York 10022

10      (646) 933-1000

11      ckappus@dicellolevitt.com

12      famanat@dicellolevitt.com

13      mmckenzie@dicellolevitt.com

14

15  FOR IPC TELEVISION LLC:

16      HAYNES & BOONE LLP

17      BY:  LAURA LEE PRATHER, ESQ.

18      600 Congress Ave Suite 1300,

19      Austin, Texas 78701

20      laura.prather@haynesboone.com

21          - and -

22      BY:  ALEX B. LUTZKY, ESQ.

23      112 East Pecan Street, Suite 1200

24      San Antonio, Texas 78205

25      alex.lutzky@haynesboone.com

```
                                                    Page 4
 1    APPEARANCES (continued):

 2

 3    FOR THE WITNESS:

 4        CAMERON STRACHER PLLC

 5        BY:  CAMERON STRACHER, ESQ.

 6        BY:  SARA TESORIERO, ESQ.

 7        51 Astor Place, Ninth Floor

 8        New York, New York 10003

 9        (646) 992-3850

10        cam@stracherlaw.com

11        sara@stracherlaw.com

12

13    FOR AMAZON STUDIOS, LLC:

14        DAVIS WRIGHT TREMAINE LLP

15        BY:  CYDNEY SWOFFORD FREEMAN, ESQ.

16        865 South Figueroa Street, Suite 2400

17        Los Angeles, California 90017

18        (213) 633-8612

19        cydneyfreeman@dwt.com

20

21    ALSO PRESENT:

22        Marisa Fermin

23            (Chief Legal Officer of Industrial Media)

24        Videographer:  Brian Keilhack

25
```

Page 5

1                         INDEX

2     WITNESS                          EXAMINATION

3     ANDREAS OLYMBIOU

4     Volume I

5

6              BY MS. KAPPUS                    10

7

8

9                       EXHIBITS

10    NUMBER              DESCRIPTION            PAGE

11    Exhibit 1  Production Services Agreement     23

12              between IPC and Amazon

13              Alternative, LLC, dated July 17,

14              2018, Bates stamped IPC0125

15              through IPC0150

16

17    Exhibit 2  Article by Jyotsna Bosotia,       25

18              dated May 15, 2020, 7 pages

19

20    Exhibit 4  E-mail Chain from July 2020,      31

21              Bates stamped IPC0067 through

22              IPC0068

23

24

25

Page 6

1    INDEX (Continued):

2                      EXHIBITS

3    NUMBER                 DESCRIPTION                  PAGE

4    Exhibit 5   "The Last Narc" Executive Producer      33

5                and Director Agreement between

6                OPC Television, LLC and Tiller

7                Russell, with Lender Tillerman

8                Films, Amendment, Bates stamped

9                RUSSELL0001 through RUSSELL0023

10

11   Exhibit 6   "The Last Narc" Executive             33

12                Producer and Director Agreement

13                between OPC Television, LLC and

14                Tiller Russell, with Lender

15                Tillerman Films, Amendment, Bates

16                stamped RUSSELL0001 through

17                RUSSELL0023

18

19   Exhibit 7   E-mail Chain from August and           34

20                October 2018, Bates stamped

21                IPC0113 through IPC0115

22

23   Exhibit 8   Screenshot of IPC's Website,           37

24                24 pages

25

1   INDEX (Continued):

2

3                    INSTRUCTION NOT TO ANSWER

4                        Page        Line

5                         45          20

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    Page 8

1      Los Angeles, California; Wednesday, October 6, 2021

2                          1:29 p.m.

3

4            VIDEO OPERATOR:  Good afternoon.  We are

5      going on the record at 1:29 p.m., on October 6th,

6      2021.

7            Please note that today's proceedings are

8      being videotaped, and anything being said while on

9      the record may be picked up and put on the record.

10           Furthermore, audio and video recording will

11     continue to take place unless all parties agree to go

12     off the record.

13           This is Media Unit 1 of the video recorded

14     deposition of Andrew Olymbiou, in the matter of Hamie

15     Kuykendall versus Amazon Studios, LLC, et al., filed

16     in the United States District Court for the Southern

17     District of Texas, Loredo Division.  Case number

18     5:20-cv-219.

19           This deposition is being held at

20     Intellectual Property Corporation, located at Van

21     Nuys, California 91411.

22           My name is Brian Keilhack, from the firm

23     Veritext, and I'm the videographer.  The court

24     reporter is Lori Barkley, from the firm Veritext.

25           Counsel, at this time I ask that you

Page 9

1    introduce yourselves and your affiliations starting

2    with our deposing counsel.

3            After introductions have been made, the

4    court reporter will swear in the witness.

5            Thank you very much.

6            MS. KAPPUS:  My name is Carmel Kappus from

7    the law firm Dicello Levitt & Gutzler, and my firm

8    represents Hymie Kuykendall in this matter.  And I'm

9    here with my colleague, Frank Amanat, and I'm also

10   here appearing on Zoom is our colleague Megan

11   McKenzie.

12           MS. PRATHER:  I'm Laura Prather.  I'm with

13   the law firm of Haynes & Boone.  I'm here with my

14   colleague, Alex Lutzky, who is appearing by Zoom, and

15   we represent IPC Corporation.

16           MR. STRACHER:  My name is Cameron Stracher.

17   I'm with the firm of Cameron Stracher PLLC, and on

18   Zoom with us on my associate, Sara Tesoriero, New

19   York, and we represent the individually named

20   defendants in this lawsuit.

21           MS. FERMIN:  My name is Marisa Fermin, and

22   I'm chief legal officer of Industrial Media, a parent

23   of IPC.

24           MS. FREEMAN:  I'm Cydney Swofford Freeman

25   with the firm Davis Wright Tremaine LLC, representing

```
                                              Page 10
 1  Defendant Amazon Studios, LLC.

 2

 3                   ANDREAS OLYMBIOU,

 4  having been administered an oath, was examined and

 5  testified as follows:

 6

 7                   EXAMINATION

 8  BY MS. KAPPUS:

 9     Q.   Good afternoon.  My name is Carmel Kappus.

10  As I said previously, my firm represents the

11  plaintiff in this matter.

12           Before we begin, how do you pronounce your

13  last name?

14     A.   It's Olymbiou.

15     Q.   Olymbiou.  Nice to meet you, Mr. Olymbiou.

16           Have you ever been deposed before?

17     A.   No, I've not.

18     Q.   Have you ever testified in a legal

19  proceeding before?

20     A.   No, I've not.

21     Q.   Okay.  So just some basic instructions.  You

22  are sworn to tell the truth today, so we ask that you

23  answer all questions truthfully.

24           When I ask a question, I'm just going to ask

25  you to respond verbally because the court reporter
```

```
                                          Page 16
 1   not necessarily incentivized on the distribution of
 2   said film.
 3   BY MS. KAPPUS:
 4       Q.   Do you know if there were multiple bidders
 5   for the series "The Last Narc"?
 6       A.   I don't know.
 7       Q.   Before picking a distributor, does IPC do
 8   its own internal analysis of profitability before
 9   picking a distributor?
10       A.   No.
11       Q.   Can you tell me what factors go into picking
12   a distributor?
13       A.   So when we have a film, it's only an idea
14   that we've developed.  We spend let's say 20,000
15   putting together here's the concept for a film.  We
16   would then go to the different networks, and ideally
17   more than one wants to buy it, with the main factor
18   is how much -- that the -- how much they'll pay for
19   the production of the -- of the film, and also what
20   the best home for it is.
21            So the business model for IPC is the
22   producing of the film because we get a production
23   fee, not distribution of the -- that's for the
24   networks to make back the -- the cost of making the
25   film.
```

1      Q.   Does IPC have an interest in having viewers

2   in the United States as well as worldwide?

3           MR. STRACHER:  Objection to form.

4           MS. PRATHER:  Objection to form.

5           MR. AMANAT:  I didn't hear.  There was some

6   side comment there.  What was the side comment?

7           MS. PRATHER:  No side comment.  It was just

8   an objection form, simultaneously made by myself and

9   Mr. Stracher.

10          MR. AMANAT:  Okay.  I think you were talking

11  at the same time, so it got a little bit garbled.

12          THE WITNESS:  It's not a factor when picking

13  a -- someone to make the show with.

14  BY MS. KAPPUS:

15     Q.   But after IPC picked Amazon for this

16  particular project, did IPC want the most viewers

17  possible for the series in the U.S. and also outside

18  of the U.S.?

19          MS. PRATHER:  Objection, form.

20  BY MS. KAPPUS:

21     Q.   You can answer.

22     A.   In terms of in the U.S., we're not

23  financially incentivized for viewers.  We, of course,

24  want the show to do well 'cause we want the good

25  reputation, but in terms of financial monetization,

Page 18

```
 1    it doesn't impact us at all.
 2            Outside the U.S., I can't answer that.  It
 3    depends on a variety of factors.  From IPC's
 4    perspective, they could not add -- they could not put
 5    the show on the platform and we would still make the
 6    same money.
 7        Q.    You testified earlier that in addition to
 8    making a profit you also pick a distributor that
 9    would give the film the best home.  What do you mean
10    when you say "the best home," to what is that
11    referring?
12        A.    That's more of a creative reason.  So it's
13    if we're selling a cooking show, we'd prefer it to go
14    on our like Food Network than, like, Oxygen that
15    specializes in true crime.  And if ABC wants to buy a
16    show versus Discovery, we would want the bigger
17    network to have that show because there would be a
18    bigger audience, you know, just be better for the
19    company's representation.
20        Q.    So why was Amazon Prime the best home for
21    "The Last Narc"?
22            MS. PRATHER:  Objection, form.  He's already
23    testified that he doesn't know about other bidders.
24    Calls for speculation.
25            MS. KAPPUS:  I'm not asking about other
```