**EXHIBIT 4**

```
                                                          Page 1

 1              UNITED STATES DISTRICT COURT
 2           FOR THE SOUTHERN DISTRICT OF TEXAS
 3                   LAREDO DIVISION
 4                                    )
     JAMES KUYKENDALL,                 )
 5                                     )
                   Plaintiff,          )
 6                                     )
         Vs.                           ) CIVIL ACTION No.
 7                                     ) 5:20-cv-219
     AMAZON STUDIOS, LLC,              )
 8   et al.,                           )
                                       )
 9                 Defendant.          )
     _____)
10
11
           ZOOM VIDEOTAPED DEPOSITION HECTOR BERRELLEZ
12
                     Van Nuys, California
13
                  Tuesday, October 5, 2021
14
                          Volume I
15
16
17
18
19
20
21
22   Reported by:
     LORI M. BARKLEY
23   CSR No. 6426
24   Job No. 4831505
25   PAGES 1 - 71
```

Page 2

```
                    UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                          LAREDO DIVISION


                                    )
   JAMES KUYKENDALL,                 )
                                     )
             Plaintiff,              )
                                     )
        Vs.                          ) CIVIL ACTION No.
                                     ) 5:20-cv-219
   AMAZON STUDIOS, LLC,              )
   et al.,                           )
                                     )
             Defendant.              )
   _____)



         Zoom Videotaped deposition of HECTOR
   BERRELLEZ, Volume I, taken on behalf of Plaintiff, at
   Van Nuys, California, beginning at 11:08 a.m., and     11:10:24
   ending at 1:17 p.m., on Tuesday, October 5, 2021,
   before LORI M. BARKLEY, Certified Shorthand Reporter
   No. 6426.
```

Page 3

```
 1    APPEARANCES:
 2
 3    FOR THE PLAINTIFF:
 4       DICELLO LEVITT & GUTZLER
 5       BY:  F. FRANKLIN AMANAT, ESQ.
 6       BY:  CARMEL KAPPUS, ESQ.
 7       444 Madison Avenue, Fourth Floor
 8       New York, New York 10022
 9       (646) 933-1000
10       famanat@dicellolevitt.com
11       ckappus@dicellolevitt.com
12
13    IPC TELEVISION LLC:
14       HAYNES & BOONE LLP
15       BY:  ALEX B. LUTZKY, ESQ.
16       112 East Pecan Street, Suite 1200
17       San Antonio, Texas 78205
18       alex.lutzky@haynesboone.com
19
20
21
22
23
24
25
```

Page 4

1    APPEARANCES (continued):

2

3    FOR THE WITNESS:

4      CAMERON STRACHER PLLC                                    11:11:29

5      BY:  CAMERON STRACHER, ESQ.

6      BY:  SARA TESORIERO, ESQ.

7      51 Astor Place, Ninth Floor

8      New York, New York 10003

9      (646) 992-3850

10     cam@stracherlaw.com

11     sara@stracherlaw.com

12

13   FOR AMAZON STUDIOS, LLC:

14     DAVIS WRIGHT TREMAINE LLP

15     BY:  CYDNEY SWOFFORD FREEMAN, ESQ.

16     865 South Figueroa Street, Suite 2400

17     Los Angeles, California 90017

18     (213) 633-8612

19     cydneyfreeman@dwt.com

20

21

22   ALSO PRESENT:

23     Videographer:  Brian Keilhack

24

25

Page 5

INDEX

WITNESS                                                  EXAMINATION

HECTOR BERRELLEZ

Volume I

        BY MR. AMANAT                                           11
        BY MR. STRACHER                                         67

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
| --- | --- | --- |
| Exhibit 1 | Defendant Hector Berrellez's Responses to Plaintiff'S Interrogatories Regarding Personal Jurisdiction, 24 pages | 22 |
| Exhibit 2 | Calendar Invite from Shipra Gupta, dated 4/14/2020, Bates stamped AZ-JK-0000283 | 38 |
| Exhibit 3 | Article by Jyotsna Bosotia, dated May 15, 2020, 5 pages | 44 |

1    INDEX (Continued):
2                              EXHIBITS
3    NUMBER              DESCRIPTION                          PAGE
4    Exhibit 4    Screenshot from Valuetainment,              47
5                 Patrick Bet-David, "Mexico DEA
6                 Narc Reveals CIA's Greatest
7                 Coverup," November 18, 2020,
8                 2 pages
9
10   Exhibit 5    Screenshot from Journey to                  52
11                Justice, Pete Carrillo, "The Last
12                Narc:  The Book," dated
13                September 8, 2020, 1 page
14
15   Exhibit 6    Screenshot from Journey to                  52
16                Justice, Pete Carrillo, "The Last
17                Narc Blood in the Corn," dated
18                September 13, 2020, 1 page
19
20   Exhibit 7    Screenshot with Sheepdog Acist,              56
21                David Contreras, dated
22                December 1, 2020, 1 page
23
24
25

Case 5:20-cv-00219   Document 107-4   Filed on 11/08/21 in TXSD   Page 8 of 13

Page 7

1  INDEX (Continued):
2                          EXHIBITS
3  NUMBER              DESCRIPTION                    PAGE
4  Exhibit 8    Screenshot from Victor Martinez,       57
5               Milenio Newscast, Interview with
6               Hector Berrellez, dated April 11,
7               2021, 1 page
8
9  Exhibit 9    Screenshot from Two Guys from          58
10              Hollywood interview with Hector
11              Berrellez, dated February 9,
12              2021, 1 page
13
14
15
16
17              MARKED AT REQUEST OF COUNSEL
18                    Page      Line
19                     62        24
20
21
22
23
24
25

Veritext Legal Solutions
212-267-6868            www.veritext.com            516-608-2400

Page 8

1  INDEX (Continued):
2
3             INSTRUCTION NOT TO ANSWER
4                 Page        Line
5                  48          19
6                  62          11
7                  63           3
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 9

| | | |
|---|---|---|
| 1 | Van Nuys, California; Tuesday, October 5, 2021 | 11:10:24 |
| 2 | 11:09 a.m. | |
| 3 | | |
| 4 | VIDEO OPERATOR:  Good morning.  We're going | 11:09:25 |
| 5 | on the record at 11:09 a.m., on October 5, 2021. | 11:09:26 |
| 6 | Please note that today's proceeding are | 11:09:34 |
| 7 | being videotaped, and anything being said while on | 11:09:36 |
| 8 | the record may be picked up and put on the record. | 11:09:39 |
| 9 | Furthermore, audio and video recording will | 11:09:43 |
| 10 | continue to take place unless all parties agree to go | 11:09:48 |
| 11 | to off the record. | 11:09:50 |
| 12 | This is Media Unit 1 of the video recorded | 11:09:53 |
| 13 | deposition of Hector Berrellez in the matter of James | 11:09:56 |
| 14 | Kuykendall versus Amazon Studios LLC, et al., filed | 11:10:02 |
| 15 | in the United States District Court, for the Southern | 11:10:05 |
| 16 | District of Texas, Loredo Division.  Case number | 11:10:08 |
| 17 | 5:20-cv-219. | 11:10:20 |
| 18 | This deposition is being held at | 11:10:20 |
| 19 | Intellectual Property Corporation located at | 11:10:21 |
| 20 | Van Nuys, California, 91411. | 11:10:24 |
| 21 | My name is Brian Keilhack from the firm | 11:10:29 |
| 22 | Veritext, and I am the videographer.  The court | 11:10:31 |
| 23 | reporter is Lori Barkley from the firm Veritext. | 11:10:34 |
| 24 | Counsel, at this time I ask that you | 11:10:39 |
| 25 | introduce yourselves and your affiliations as well as | 11:10:41 |

Page 10

| | | |
|---|---|---|
| 1 | who you represent, starting with our deposing | 11:10:44 |
| 2 | counsel. | 11:10:47 |
| 3 | After introductions have been made, the | 11:10:47 |
| 4 | court reporter will swear in our witness. | 11:10:50 |
| 5 | Thank you. | 11:10:52 |
| 6 | MR. AMANAT:  Hi.  Good morning to those of | 11:10:55 |
| 7 | you on the West Coast.  Good afternoon to those of on | 11:10:59 |
| 8 | you the East Coast. | 11:11:03 |
| 9 | My name is Frank Amanat from Dicello | 11:11:04 |
| 10 | Levitt & Gutzler in New York City, and I am here with | 11:11:07 |
| 11 | my colleagues Carmel Kappus, K-A-P-P-U-S, also of the | 11:11:09 |
| 12 | Dicello Levitt & Gutzler, and we represent the | 11:11:16 |
| 13 | plaintiff in this case, Haime Kuykendall. | 11:11:18 |
| 14 | MR. STRACHER:  Good afternoon.  My name is | 11:11:24 |
| 15 | Cameron Stracher.  I am with the law firm Cameron | 11:11:25 |
| 16 | Stracher PLLC, and I'm actually in Los Angeles.  My | 11:11:28 |
| 17 | associate, Sara Tesoriero, is remote in New York, and | 11:11:31 |
| 18 | I represent the witness, Hector Berrellez. | 11:11:35 |
| 19 | MR. LUTZKY:  Good morning and good | 11:11:42 |
| 20 | afternoon.  My name is Alexander Lutzky.  I'm with | 11:11:43 |
| 21 | the law firm of Haynes & Boone, and I'm here | 11:11:47 |
| 22 | representing one of the codefendants, IPC Television | 11:11:49 |
| 23 | IPC. | 11:11:57 |
| 24 | MR. FREEMAN:  Hi everyone.  Cydney Freeman | 11:11:59 |
| 25 | from Davis Wright Tremaine in Los Angeles, | 11:12:01 |

```
                                                              Page 11
 1     representing codefendant, Amazon Studios, LLC.         11:12:03
 2
 3                     HECTOR BERRELLEZ,
 4     having been administered an oath, was examined and
 5     testified as follows:
 6
 7                        EXAMINATION                         11:12:27
 8     BY MR. AMANAT:                                         11:12:27
 9        Q.   Good morning, Mr. Berrellez.  As I             11:12:29
10     mentioned, my name is Frank Amanat.  I represent       11:12:31
11     Haime Kuykendall in this case.  I'll be asking you     11:12:36
12     some questions today.                                  11:12:38
13             I'll begin by asking you if you have ever      11:12:40
14     been deposed before?                                   11:12:42
15        A.   No, sir.                                       11:12:50
16        Q.   Have you testified in court before?            11:12:51
17        A.   Yes, sir.                                      11:12:53
18        Q.   And was your court testimony in connection     11:12:54
19     with your work with the DEA, or have you testified in  11:12:56
20     other contexts as well?                                11:13:02
21        A.   As a DEA special agent, sir.                   11:13:03
22        Q.   Since you haven't been deposed, before let     11:13:07
23     me just spend a couple minutes going over the ground   11:13:10
24     rules for today's proceedings.                         11:13:13
25             I'll be asking you some questions to get       11:13:15
```

|  |  | Page 19 |
|---|---|---|
| 1 | Q. Do you have -- now, I have, and we're going | 11:22:37 |
| 2 | to talk in a few minutes about the contract that you | 11:22:39 |
| 3 | produced to us between you and Buckingham Television. | 11:22:42 |
| 4 | But separate and apart from that, that | 11:22:50 |
| 5 | contact, which we'll look at, do you have a separate | 11:22:53 |
| 6 | agreement with Tiller Russell with regard to your | 11:22:57 |
| 7 | story? | 11:23:00 |
| 8 | A. Would you rephrase the question, please. | 11:23:03 |
| 9 | Q. Did you have any agreement, written | 11:23:04 |
| 10 | agreement with Tiller Russell, with regard to your | 11:23:09 |
| 11 | story and his plan to make a movie based on your | 11:23:15 |
| 12 | story? | 11:23:17 |
| 13 | A. We went -- we went into a contract, yes, | 11:23:20 |
| 14 | sir. | |
| 15 | Q. Okay. You did have a contact with | 11:23:25 |
| 16 | Mr. Russell, okay. | 11:23:28 |
| 17 | MR. AMANAT: Counsel, I'd call for the | 11:23:29 |
| 18 | production of that immediately, please. | 11:23:30 |
| 19 | Q. So do you consider the movie "The Last | 11:23:37 |
| 20 | Narc," which is the subject of this lawsuit, do you | 11:23:40 |
| 21 | consider it to be based on your book? | 11:23:42 |
| 22 | A. It is not. | 11:23:45 |
| 23 | Q. You do not consider the movie to be based on | 11:23:49 |
| 24 | your book? | 11:23:51 |
| 25 | A. No, sir, I do not. | 11:23:52 |