United States District Court
Southern District of Texas
**ENTERED**
April 18, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JAMES KUYKENDALL, § § Plaintiff, § § VS. § AMAZON STUDIOS LLC *et al.*, § § Defendants. § | CIVIL ACTION NO. 5:20-CV-219 |

# ORDER

On March 18, 2022, the Court noticed the parties that the Orders in Dkt. Nos. 131 and 132 would be unsealed in thirty days unless, by April 13, 2022, a party filed an opposition stating a legal basis for maintaining the seal (Dkt. Nos. 131, 132). Thirty days have passed, and the Court has not received a notice of opposition from either party. Therefore, the Clerk of Court is **ORDERED** to **UNSEAL** Dkt. Nos. 131 and 132. The Clerk of Court is further directed to designate each entry (Dkt. Nos. 131, 132) as a Memorandum Opinion and Order.

It is so **ORDERED**.

**SIGNED** April 18, 2022.

_____
Marina Garcia Marmolejo
United States District Judge